**Walter Louis INGRAM, Plaintiff–Appellant,**

v.

**John ASHCROFT, United States Attorney, Defendant–Appellee.**

No. 04–7018.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 24, 2004.

Walter Louis Ingram, Appellant pro se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**2.** We express no opinion whether Concessi has made the requisite showing under Rule

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Louis Ingram, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ingram v. Ashcroft,* No. CA–04–1550–JFM (D. Md. filed May 21, 2004 & entered June 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*